No. 1008. GOLDBERG v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Thomas D. McBride* and *Raymond J. Bradley* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 1001. PRUDENTIAL INSURANCE Co. OF AMERICA v. SECURITIES AND EXCHANGE COMMISSION. C. A. 3d Cir. Certiorari denied. *Richard J. Congleton* and *Lawrence J. Latto* for petitioner. *Solicitor General Cox, Philip A. Loomis, Jr., Allan F. Conwill* and *Walter P. North* for respondent.

No. 122. PALERMO v. UNITED STATES;
No. 134. SICA v. UNITED STATES;
No. 141. CARBO v. UNITED STATES; and
No. 145. GIBSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE WHITE took no part in the consideration or decision of these petitions. *Jacob Kossman* for petitioner in No. 122. *Russell E. Parsons* for petitioner in No. 134. *William B. Beirne, A. L. Wirin* and *Fred Okrand* for petitioner in No. 141. *William R. Ming, Jr.* and *Loren Miller* for petitioner in No. 145. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. *Robert W. Kenny* for the American Civil Liberties Union of Southern California, as *amicus curiae,* in support of the petition in No. 141. Reported below: 314 F. 2d 718.

No. 1011. HOWARD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Menahem Stim* and *Allen S. Stim* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.